UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
JOSE QUEZADA,                                              :
                                                           :
                                    Plaintiff,             :
                                                           :     21-CV-4062 (VSB)
            -against-                                      :
                                                           :           **ORDER**
                                                           :
JAY STREET FOODS, INC.,                                    :
                                                           :
                                    Defendant.             :
                                                           :
-----------------------------------------------------------X

<u>USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/2021</u>

<u>VERNON S. BRODERICK, United States District Judge</u>:

  Plaintiff filed this action on May 6, 2021, (Doc. 1), and filed an affidavit of service on May 25, 2021, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was June 3, 2021. (*See* Doc. 5.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than June 21, 2021. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: June 7, 2021
    New York, New York

                    _____
                    VERNON S. BRODERICK
                    United States District Judge