

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: marskhaimovlaw@gmail.com

<u>VIA ECF</u>

Hon. Judge Vernon S. Broderick
United States District Judge
Southern District of New York
40 centre Street
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.** 6/23/2021

Plaintiff is directed to seek a default judgment within 30 days. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Re:   Quezada v. Jay Street Foods, Inc.<u>; Case No: 1:21-cv-04062-VSB</u>

To the Honorable Judge Broderick,

    The undersigned represents Plaintiff Jose Quezada (hereinafter "Plaintiff") in the above-referenced matter.

    This Letter is submitted in response to the Court's June 28, 2021, Order directing Plaintiff to move for a default judgment by June 21, 2021.

    By way of background, this matter has been pending before the Court since May 25, 2021, and while Defendant was properly served (and Affidavit of Service filed on the docket), Defendant failed to appear or otherwise respond.

    Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court as to Jay Street Foods, Inc., and will promptly be filing an Order to Show Cause for Default Judgement in accordance with the Court's Individual Rules.

    As such, Plaintiff is requesting 30 days in which to attempt to contact Defendant or in the alternative, move for Default Judgment.

    Thank you for the consideration of Plaintiff's request.

Yours sincerely,
<u>/s/Mars Khaimov</u>
Mars Khaimov, Esq., **Principal**
Mars Khaimov Law, PLLC
